**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-555-01-PHX-ROS |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Breanna Renee Marez, | |
| Defendant. | |

On December 5, 2017, Defendant appeared before this Court on a petition to revoke conditions of release. The Court considered the information provided to the Court, and the arguments of counsel, in determining whether the Defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that Defendant has violated Allegation 2 of the petition of conditions of pretrial release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. § 3148(b).

IT IS THEREFORE ORDERED that Defendant be detained as a flight risk pending further proceedings.

Dated this 8th day of December, 2017.

Honorable John Z. Boyle
United States Magistrate Judge